82,997-01

March 19, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Clerk Abel Acosta
P.O. Box 12308
Austin, Tx 78711

RE: Cause No. B-17,436-B
Pablo Diego Zuazu

Dear Clerk:

I have not received confirmation of your receipt of my Application for a Writ of Habeas Corpus in the above-referenced cause; it was forwarded to your office by the Henderson County District Clerk on March 9th, 2015. Please acknowledge receipt. (It appears as if the district clerk may be having difficulty executing her duties, or that she may be somewhat confused.)

Thank you,

Pablo Diego Zuazu.

Pablo Zuazu #1908212
Bradshaw State Jail
P.O. Box 9000
Henderson, Tx 75653